UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**HERITAGE PROPERTY AND**
**CASUALTY INSURANCE COMPANY**          Case No.:21: -cv-20134

      **Plaintiff,**

v.

**MOISTURE RID, INC., WATER**
**DRYOUT, L.L.C., ANGELICA SIGLER,**
**And ALBERT SIGLER**

      **Defendants.**
_____/

**PLAINTIFF HERITAGE PROPERTY AND CASUALTY INSURANCE COMPANY'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE <u>DISCLOSURE STATEMENT</u>**

    COMES NOW, Plaintiff, HERITAGE Property and Casualty Insurance Company ("HERITAGE"), and hereby discloses the following:

**1.** **The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:**

A.  Heritage Property and Casualty Insurance Company, Plaintiff.
B.  Murray Andrew Sperber, Esq.  Counsel for Plaintiff
C.  Cliff Rostin, Esq.  Counsel for Plaintiff
D.  Moisture Rid, Inc., Defendant
E.  Angelica Sigler, Defendant
F.  Water Dryout, LLC, Defendant
G.  Albert Sigler, Defendant
H.  Rosenberg Law, P.A. Attorney for Defendants
I.  Parent Companies: Heritage Property and Casualty Insurance Company is wholly owned by Heritage Insurance Holdings, Inc.
J.  Affiliated companies:  Narraganset Bay Insurance Company and Zephyr Insurance Company, Inc. who are also wholly owned by Heritage Insurance Holdings, Inc.
K.  No one company owns 10% or more of the party's stock.

**2. The name of every other entity whose publicly traded stock, equity or debt may be substantially affected by the outcome of the proceedings**

    Answer:  None known at this time.

**3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy case**

    Answer:  None known at this time.

**4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution.**

    Answer: Other than the parties to this lawsuit Heritage is unaware of any other alleged victims who may be entitled to restitution in this suit.

    I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of such conflict

**I HEREBY CERTIFY** that on April 6th, 2021, I electronically filed the foregoing with the Clerk of the Courts by using CM/ECF system.

DATED:  April 6th, 2021

    */s/ Murray Andrew Sperber*

Murray Andrew Sperber, Esq
Florida Bar No. 0006361
Cliff Rostin, Esq
Florida Bar No. 0124760
HERITAGE PROPERTY AND
CASUALTY INSURANCE COMPANY
1571 Sawgrass Corporate Parkway #400

Sunrise, FL 33323
Telephone: (954)315-1450
asperber@heritagepci.com