UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

HERITAGE PROPERTY AND
CASUALTY INSURANCE COMPANY,

      Plaintiff,

v.

      Case No. 1:21-CV-20134-DPG

MOISTURE RID, INC., WATER
DRYOUT, L.L.C., ANGELICA SIGLER,
And ALBERT SIGLER,

      Defendants.
_____/

## MOISTURE RID, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

    Defendant, MOISTURE RID, INC., through undersigned counsel, hereby files this Certificate of Interested Persons and Corporate Disclosure Statement:

    Moisture Rid, Inc., hereby discloses the following:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in this case:

        Heritage Property and Casualty Insurance Company
        Murray Andrew Sperber, Esq.
        Cliff Rostin, Esq.
        Angelica Sigler
        Albert Sigler
        Rosenberg Law, P.A.
        Bruce Rosenberg, Esq.
        Alexis Rosenberg, Esq.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   **None, other than those identified in response to #1.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and the members of the creditors' committee (or if no creditors' committee, the twenty (20) largest unsecured creditors):

   **None, other than those identified in response to #1.**

4. The name of each victim (individual or corporate), including every person who may be entitled to restitution:

   > Heritage Property and Casualty Insurance Company has alleged that they are the victims of misconduct.

I hereby certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

                         Respectfully submitted,

                         __s/Bruce S. Rosenberg__
                         BRUCE S. ROSENBERG
                         Florida Bar No. 994782
                         rosenberg@rosenberglawpa.com
                         ALEXIS ROSENBERG
                         Florida Bar No. 335400
                         arosenberg@rosenberglawpa.com
                         **ROSENBERG LAW, P.A.**
                         6950 Cypress Road, Suite 107
                         Plantation, Florida 33317
                         (954) 790-6100

                         *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via electronic mail to on this 6th day of April 2021 to:

| |  |
|---|---|
| Murray Andrew Sperber, Esq<br>Florida Bar No. 0006361<br>asperber@heritagepci.com<br>Cliff Rostin, Esq<br>Florida Bar No. 0124760<br>HERITAGE PROPERTY AND<br>CASUALTY INSURANCE COMPANY<br>1571 Sawgrass Corporate Parkway #400<br>Sunrise, FL 33323<br>Tel: (954) 315-1450<br>Attorneys for Plaintiff | |

                                         _s/ Bruce Rosenberg__
                                         Bruce Rosenberg, Esq.